# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>Albert Edward Talton,<br><br>   Defendant. | Case No. 01-CR-358-CAS<br>01-CR-359-CAS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of Calif for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on lack of bail resources, use of aliases, current allegations.

|   |   |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | and/or |
| 5 | B.  ☒  The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on: _current allegations & criminal_ |
| 10 | _history_____ |
| 11 | _____ |
| 12 | _____ |
| 13 |   |
| 14 | IT THEREFORE IS ORDERED that the defendant be detained pending |
| 15 | the further revocation proceedings. |
| 16 |   |
| 17 | Dated: _1/28/08_ |

_(signature)_
Suzanne H. Segal
U.S. Magistrate Judge