O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR01-358(A)-CAS; and |
| Plaintiff, ) | CR01-359-CAS |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| ALBERT EDWARD TALTON, ) | JUDGMENT |
| Defendant. ) | |

On December 17, 2008, this matter came before the Court on a petition to show cause why supervised release should not be revoked. The defendant represented by appointed Deputy Federal Public Defeder, Michael Schafler, admitted violating his supervised release as to the allegations in the petition filed on May 29, 2008.

The defendant is questioned by the Court and advises him of his Constitutional Rights. The defendant admits violating his supervised release as to the allegation in the petition filed on May 29, 2008. The Court finds defendant's admissions to the allegations in the petition filed May 29, 2008, voluntary and knowledgeable and accepts them.

The Court further finds defendant in violation of his supervised release imposed on December 9, 2002. The Court ORDERS that defendant's supervised release revoked.

IT IS THE JUDGMENT OF THE COURT that defendant is hereby committed to the custody of the Bureau of Prisons for a term of thirty (30) months, to run concurrently with

///

the sentence imposed in case no. CR08-629-PA, with no supervision to follow in case nos. CR01-358(A)-CAS.and CR01-359-CAS.

     IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: December 19, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

SHERRI R. CARTER, CLERK

By:_____/S/_____
    Catherine M. Jeang, Deputy Clerk